*Joseph A. Suozzi* for appellants.

*Jacob J. Pincus* and *David Holman* for respondents.

In each proceeding: Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of the Claims of RICHARD E. LASHER et al., Claimants, and WALLACE OAKES et al., Respondents. EDWARD CORSI. as Industrial Commissioner, Appellant.

Argued February 25, 1955; decided March 11, 1955.

*Jacob K. Javits, Attorney-General* (*Francis R. Curran* and *Henry S. Manley* of counsel), for Edward Corsi, Industrial Commissioner, appellant.

No appearance for respondents.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of JOHN P. CRANE, Appellant, against GEORGE P. MONAGHAN, as Fire Commissioner of the Fire Department of the City of New York, et al., Respondents.

Argued February 24, 1955; decided March 11, 1955.